# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY F. SHANNON, pro se | ) Case No.: CIVIL ACTION NO. |
| Plaintiff, | ) 1:12-cv-12069-DJC |
| vs. | ) |
| UNITED RECOVERY SYSTEMS, LP | ) **COMPLAINT AND DEMAND FOR** |
| Defendant. | ) **JURY TRIAL** |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEARBY GIVEN THAT THE ABOVE CAPTIONED CASE HAS BEEN WITHDRAWN AND DISMISSED.

*/s/ Barry F. Shannon*
BARRY F. SHANNON
604 MADISON STREET
WRENTHAM, MA 02093
508-384-2484
Barryshannon@comcast.net

-1-